ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Laguna Construction Company, Inc. | ) | ASBCA No. 58292 |
| | ) | |
| Under Contract No. FA8903-04-D-8690 | ) | |

APPEARANCE FOR THE APPELLANT: Carolyn Callaway, Esq.
    Carolyn Callaway, P.C.
    Albuquerque, NM

APPEARANCES FOR THE GOVERNMENT: Lt Col James H. Kennedy III, USAF
    Air Force Chief Trial Attorney
    William M. Lackermann, Jr. Esq.
    Senior Trial Attorney

## ORDER OF DISMISSAL

By letter dated 30 October 2014, appellant filed Appellant's Request to Withdraw Appeal with Prejudice. By letter dated 21 November 2014, the government advised that it did not object to a dismissal with prejudice.

WHEREFORE, ASBCA No. 58292 is hereby dismissed with prejudice.

Dated: 26 November 2014

JACK DELMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58292, Appeal of Laguna Construction Company, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals